IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| WALTER G JOHNSON,<br><br>          Plaintiff,<br><br>     v<br><br>BANK OF AMERICA, UNITED STATES POST OFFICE,<br><br>          Defendants.<br>_____ / | No   C-08-4916 VRW<br><br>ORDER |

        Plaintiff Walter G Johnson filed this case in state court on July 2, 2008.  Doc #1 at 7.  On October 28, 2008, defendant United States Post Office removed the case to this court.  Doc #1.  The United States Post Office moved to dismiss on November 3 (Doc #4) and defendant Bank of America moved to dismiss on November 14 (Doc #5).  Pursuant to Civil L R 7-3(a), plaintiff had until January 15 to file a memorandum in opposition to both motions to dismiss.  Plaintiff did not file a memorandum in opposition.

        The hearing set for February 5 on defendants' motions to dismiss is VACATED.  Plaintiff shall serve and file a memorandum in opposition to defendants' motions to dismiss not later than February 17; failure to comply will be deemed grounds to dismiss

the action.  No hearing or oral argument on the motion shall be conducted without further order of the court.  The defendants are instructed not to file a reply unless the court requests one.

       IT IS SO ORDERED.

                                        VAUGHN R WALKER
                                        United States District Chief Judge